UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA,       )
                                )
          Plaintiff,            )
                                )
v.                              )            2:23 CR 8 - PPS - APR
                                )
DEVONTE HODGE,                  )
                                )
          Defendant.            )

## OPINION AND ORDER

Defendant, Devonte Hodge, is charged with using a firearm during the commission of a robbery that resulted in the death of another.  Avery Flynn was a witness to that murder and later provided the police a detailed account of what happened, fingering Hodge as the assailant.  Flynn was subsequently murdered having been found in a car with his body riddled with bullets.  The government now seeks to admit Flynn's hearsay statement made to the police under the forfeiture by wrongdoing exception to the hearsay rule (*see* Fed.R.Evid. 806(b)(6)), claiming that Hodge orchestrated Flynn's murder from jail in order to eliminate him as a witness. [DE 52.] As recounted below, the motion is denied because the evidence is too thin that Hodge actually procured Flynn's murder.

### Background

Hodge currently faces charges for the murder of Deshelon Hicks during the commission of a robbery. [DE 1.][1] The government claims that more than a decade ago,

---

[1] Last Fall, Hodge was convicted in yet another federal case of murder in furtherance of a drug conspiracy. [*United States v. Hodge*, 2:18 CR 21.]  He was sentenced in that case on May 28, 2025, to 480

on September 27, 2014, a man named Avery Flynn witnessed Hodge kill Hicks. [DE 52 at 1.] That night, shortly after the Hicks' murder, Flynn was dropped off at a nearby hospital to treat his gunshot wounds. [*Id.* at 2.] Hospital surveillance videos show the car dropping Flynn off at the hospital matched the Pontiac automobile that fled the murder scene, and Flynn was placed under arrest. *Id.*

During his videotaped questioning, Flynn told the police that he, Hodge, Sherman Darden, and another passenger were driving Flynn's red Pontiac on the way to a hotel party. *Id.* They decided to pick up some marijuana on the way from the passenger's friend (the decedent, Hicks). *Id.* Hodge and Darden decided they might rob Hicks if he was vulnerable, or "slacking" as they call it. *Id.* During the meeting, Hodge pointed a gun at Hicks and demanded marijuana. [*Id.* at 3.] According to Flynn, Hicks then grabbed his own gun and shot Flynn twice (but not fatally). *Id.* A fight ensued between Hodge and Hicks. *Id.* During the struggle, Hodge picked up Hicks' gun and fatally shot him twice in the back. *Id.* Flynn positively identified Hodge as the shooter from a photo lineup. *Id.*

Flynn's statements led to Hodge and his associates being charged with the murder of Hicks in state court, on September 29, 2014. *Id.* According to the government, Hodge knew that Flynn was cooperating with law enforcement because the other two associates involved in the incident would not have known him well enough to positively identify him. *Id.* According to the government (and this gets to

---

months on Count One (a drug conspiracy) and life imprisonment on Count Two (use of a firearm in relation to a drug trafficking offense causing death).

the heart of the dispute), Hodge then orchestrated via jail-cell telephone calls the elimination of Flynn as a witness. The government's theory is that Flynn was killed at Hodge's behest, and by his associates, so that the state charges would be dropped. Flynn was in fact killed, although no one was ever charged for his death, and the state charges against Hodge for Hicks' murder were indeed dismissed.

Hodge now faces federal charges for Hicks' murder. The formal charge is use of a firearm causing the death of another during and in relation to a Hobbs Act robbery. *See* 18 U.S.C. § 924(c) and (e). [DE 1.] The government's theory is the attempted theft of the marijuana from Hicks was a Hobbs Act robbery, and because a firearm was used, it was a federal offense. Trial is set for July 14, 2025. The government claims that Flynn is unavailable to testify because Hodge had him killed. This tack, if true, would enable the government to offer Flynn's out of court statement to the police under the doctrine of forfeiture by wrongdoing. *See* Fed.R.Evid. 804(b)(6). The government has told me that without Flynn's statement, its case against Hodge is otherwise weak. Indeed, the government conceded at a hearing on its motion that the other two witnesses to the murder of Hicks do not corroborate Flynn's account, as told to the police. [Hrg. Tr., DE 82, at 21-22.] So the government's case relies greatly on Flynn's hearsay statement being admitted into evidence.

To prove that Hodge is responsible for the unavailability of Flynn as a witness, the government has presented excerpts from jail calls Hodge made to a number of different individuals from October 2, 2014, through December 13, 2014, plus another phone call between Hodge and Andrew Ford on April 30, 2016. [DE 88; DE 52 at 3-19;

DE 86 at 14-38.]

During the evidentiary hearing, FBI Task Force Officer Nick Wardrip testified that the Lake County Jail has a sign warning inmates that the telephone calls are being recorded, and in the beginning, a voice can be heard stating "this is a call from the Lake County Jail and is subject to monitoring and recording" — or words to that effect. [DE 82 at 39-40.] Wardrip testified that in his experience, inmates often speak in a coded language on the phone to disguise their true intentions. [*Id.* at 40.] Wardrip estimated that overall, he has listened to hundreds of hours of jail phone calls. [*Id.* at 40-41.] In preparation of filing the indictment in this case, Wardrip and the assigned AUSA listened to a large number of jail calls, and they requested help from Hodge's co-defendant in another case, Teddia Caldwell, in trying to interpret some calls relating to this case. [*Id.* at 45.]

Typically, I would attempt to summarize the pertinent phone calls at this point in any opinion. But that is one of the main problems in this case. The transcripts of the phone calls are pretty much impenetrable. And by that I mean they are impossible to understand. Slang is used, nicknames, abbreviations, tons of profanity, sometimes the speakers are overlapping, and there are also many times where the speech is entirely inaudible. [*See* DE 88.] During the evidentiary hearing, the government presented several recordings of Hodge's jail calls, as well as TFO Wardrip's testimony about his opinions and interpretations as to the meaning of much of the language. Many of Wardrip's opinions about what certain words mean stem largely from repeatedly listening to scores of Hodge's calls and trying to interpret the context of words that are

used and their meaning, as well as Hodge's patterns of using certain words as code

meanings. [DE 82 at 42-43, 47.]

If Wardrip's testimony is admitted, the government anticipates that his

testimony at trial will be primarily as a fact witness providing lay opinion. [DE 86 at 7.]

However, the government also claims that Wardrip might occasionally testify as an

expert witness to opinions he has formed about the meaning of certain language based

on his training and experience outside of this investigation. *Id.*

To be clear, the government's effort to admit Flynn's hearsay statement is

entirely dependent on Agent Wardrip's conjecture about Hodge's jailhouse calls. There

is *no other evidence* connecting Hodge to the murder. It's not like one of Hodge's

associates was caught committing the murder. Indeed, the government candidly

admitted at the hearing they do not know who actually killed Flynn, let alone whether

that unknown person had any connection to Hodge. There are no witnesses to the

murder; there is no DNA evidence; no ballistics; no fingerprints. In short, there is

simply no evidence showing that Hodge's jailhouse musings actually procured Flynn's

unavailability. As we'll see, this is fatal to the government's efforts to admit Flynn's

hearsay statement into evidence under the forfeiture by wrongdoing exception.

## Discussion

The Sixth Amendment's Confrontation Clause provides that "[i]n all criminal

prosecutions, the accused shall enjoy the right . . . to be confronted with the witnesses

against him." U.S. Const. Amend. VI. Under *Crawford v. Washington*, the confrontation

right generally prohibits "admission of testimonial statements of a witness who did not

appear at trial unless he was unavailable to testify, and the defendant . . . had a prior opportunity for cross-examination." 541 U.S. 36, 53-54 (2003). However, this rule permits courts to admit testimonial statements "where an exception to the confrontation right was recognized at the time of the founding." *Giles v. California*, 554 U.S. 353, 357 (2008).

One of these exceptions is the common law doctrine of forfeiture by wrongdoing. This sensible doctrine allows testimonial statements to be admitted, even if the statement is unconfronted, when the defendant's own conduct caused the declarant to be unavailable at trial. *United States v. Brown*, 973 F.3d 667, 699 (7th Cir. 2020). It would be a perverse result indeed to allow a defendant to murder the only witness against him and then seek to benefit from the murder by excluding the now deceased witness' statement.

The forfeiture by wrongdoing doctrine acts not only as an exception to the Confrontation Clause, but also as an exception to the evidentiary rule against hearsay. *See Davis v. Washington*, 547 U.S. 813, 833 (2006). Federal Rule of Evidence 804(b)(6) provides the hearsay rule does not prohibit the admission of a "statement offered against a party that wrongfully caused – or acquiesced in wrongfully causing – the declarant's unavailability as a witness and did so intending that result." Fed. R. Evid. 804(b)(6); *see also Brown*, 973 F.3d at 699. "Forfeiture under Rule 804(b)(6) applies not only in the original cases for which the declarant was an actual or potential witness, but also in any prosecution pertaining to the wrongful procurement of the witness's unavailability." *United States v. Johnson*, 495 F.3d 951, 970 (8th Cir. 2007); *see also United*

*States v. Gray*, 405 F.3d 227, 241 (4th Cir. 2005).

To introduce a statement under the forfeiture by wrongdoing doctrine and Rule 804(b)(6), the government must prove three things by a preponderance of the evidence: "(1) that the defendant engaged or acquiesced in wrongdoing, (2) that the wrongdoing was intended to procure the declarant's unavailability, and (3) that the wrongdoing did procure the unavailability." *United States v. Scott*, 284 F.3d 758, 762 (7th Cir. 2002). Regarding the second requirement, "evidence of ongoing criminal proceedings at which the victim would have been expected to testify" is "highly relevant" in ascertaining the defendant's intent. *Giles*, 554 U.S. at 377. The admissibility question "is not whether the proponent of the evidence wins or loses his case on the merits, but whether the evidentiary Rules," in this case, the three forfeiture by wrongdoing elements, "have been satisfied." *Bourjaily v. United States*, 483 U.S. 171, 175 (1987).

To prove something by a preponderance of evidence, means the proponent of the evidence must show that it is more probably true than not. *Siddiqui v. Holder* 670 F.3d 736, 742 (7th Cir. 2012). The first two requirements of the forfeiture by wrongdoing doctrine (that Hodge engaged in wrongdoing and that wrongdoing was intended to procure the unavailability of Flynn) are shaky to begin with. As I'll go through below, it is hard to credit Wardrip's subjective opinions about what Hodge meant during all those jailhouse calls. But as alluded to above, *even if* I determine that the first two elements are satisfied, the government's position really breaks down at the third factor—that Hodge's wrongdoing actually resulted in the death of Flynn. There is no evidence whatsoever that, even if we take for granted that Hodge was trying to

orchestrate Flynn's death from prison, that his associates actually accomplished this feat on behalf of Hodge.

First, it is difficult to discern from Hodge's jailhouse calls that Hodge engaged in wrongdoing and the wrongdoing was intended to procure Flynn's availability. It is a little awkward to give examples of TFO Wardrip's interpretations and opinions about Hodge's phone calls because this feels like cherry picking on my part a bit, but there *is no clear language* the government has pointed to (or that I can find) where Hodge obviously orders his people to kill Flynn. So what we have is the government trying to cobble together bits and pieces of conversations, to try to reach the conclusion that Hodge engaged in wrongdoing. And the point is, each of these snippets of conversation are difficult to interpret. Here are some examples of the indecipherability:

The following is part of a conversation between Hodge (in jail), Joshua Watkins, and Andrew Ford on October 2, 2014:

FORD: [inaudible] What's up with the dude they said was at the hospital that said y'all did that?

HODGE:     I don't  know, I don't know. They ain't even put no name on whoever that was, so shit, um . . . So shit, I don't even know what up what's up with that, but I don't think that person in custody and shit, you feel me?

FORD:     Yeah.

HODGE:     Yeah, though, but you do hollar at that, at, um, at that nigga Bougie?

FORD:      I talked to him yesterday. I said, I hollered at your mama. I holler at your mama and daddy, the nigga.

HODGE:     He told you what I said about that bitch?

FORD:        You said what?

HODGE       Did he tell you what I said about that bitch? About Avia?

FORD:        About who?

HODGE:       Avia.

FORD:        What about her?

HODGE:       Man, that bitch burned me, fam.  You hear me?

FORD:        You said that bitch what?

HODGE:        I said that *bitch burned me*, Cuz.

FORD:        She burned you?

HODGE:       Yeah, you feel me?

FORD:        Yeah.

HODGE:       Yeah, *that bitch Avia*.

FORD:        Oh, okay.

HODGE:       All right, so shit, *I really wanted you to go holler at Shorty ass*, because she talking about she ain't do it and shit.  Bitch, you the only bitch I was fucking and shit, you know what I'm saying? You know what I'm saying?

[Ex. 2a, DE 88 at 3-4 (emphasis added).]

According to Wardip, "that bitch Avia," was code for Avery Flynn and Wardrip believes Hodge consistently referred to him as a woman or with a female pronoun. [DE 82 at 52-53.]  According to Wardip, "burned" meant Flynn told the authorities on Hodge, and Hodge wanted Ford to go "holler at" which could be to hurt, or to kill "Shorty's ass," which Wardrip "would take as Avery" and he believes the closeness between Flynn and Hodge meant that Hodge knows Flynn must be the person that told

9

on him. [*Id.* at 54.]  So in this passage Agent Wardip is interpreting multiple names to mean Flynn ("Avia", "bitch", and "Shorty ass").  The government did not present any other testimony by other witnesses or anything else to corroborate or support these interpretations.

During a call between Hodge and Jannell Coppage on October 4, 2014, the parties stated:

> HODGE:    Like I say, it's just bad timing.  But like I say, if motherfuckers, motherfuckers want to see me back out there, man.  So, if motherfuckers give a fuck about the kid how they say they do, man, I should be jiggy.  You know, motherfuckers got everything that's necessary, you know what I'm saying, to put me in the right position and shit, man.  So, I ain't trying to hit none of that shit.  Niggas got everything that belong to me, niggas.  You know what I'm saying?  Niggas got . . . I know, I'm going to put it like this.  Motherfuckers had excuses last time.  Ain't no excuse this time because I know what I left y'all, so I ain't trying to hear that.  You feel me?

> COPPAGE:   Right.

> HODGE:    So, shit man if niggas say they fuck with me now they fuck with me, then shit, I'll be jiggy.

[Ex. 3, DE 88 at 24.]  According to Agent Wardrip, he interprets this passage as Hodge believes his people know where Flynn is at, and when Hodge says they "got everything that belong to me," they have guns, and if Hodge's guys are loyal, they will take care of Flynn and everything will be good.  [DE 82 at 64-65.]

From a jailhouse call between Hodge and Tucker on October 3, 2014, the conversation was as follows:

> HODGE:    You still ain't hear shit from, huh?

> TUCKER:    Said you still ain't have what?

HODGE:      I said he still ain't heard shit from that bitch Avia?

TUCKER:     Hell no.  Hell no.  We been trying to get in touch with her ass though.

HODGE:      Right.

TUCKER:     Hell yeah,

HODGE:      Tell that.

TUCKER:     We went down there matter of fact last night we ain't even see the bitch.

HODGE:      Oh yeah.

TUCKER:     Hell yeah.

HODGE:      You should've knocked on that motherfucking door.

TUCKER:     So should've shit.  She still stay there, right?

HODGE:      Yeah, she should.

TUCKER:     Alright.  Yeah, she sure, sure ducked off.

HODGE:      Yeah motherfucker that um, yeah, tell that nigga um, that bitch you need to holler at that bitch soon as possible.  Tell that bitch she need to get *checked out* as soon as possible.

TUCKER:     Right. I got you boy. Don't ain't even trip.

HODGE:      Tell that nigga, um.  Yeah, because I want motherfuckers to know shit that bitch because she fuck with Lil bro, too.  I don't want, you know what I'm saying?

TUCKER:     Right.

HODGE:      Yeah. So that nigga *wasting time letting that bitch get air*, you know what I'm saying?

TUCKER:     Right. I already know, bro. I got you.

HODGE:      Yeah, I ain't on shit though, man.  I'm just chilling man.  Shit, I ain't

11

shit just chilling, man.

\*     \*     \*

HODGE:    Y'all said, Yeah, I fuck around to tell y'all niggas what I want, shit. Man y'all niggas know what I want.

TUCKER:    Mm-Hmm [affirmative].  Shit, *you ain't gotta say no words*.

HODGE:    Right. Yeah but um, yeah, tell Cuz ass man, um, don't be moving like no motherfucking turtle and shit.  That nigga better be working and shit.

TUCKER:    Right.

HODGE:    Oh yeah [crosstalk]. Back to that bitch Avia though, man. That bitch, man. What the fuck that bitch on? She must be off some Molly or something.

HODGE:    Right or something.  That nigga shit.  I, that bitch she, she still, she should still stay there, though.  But shit, if anything shit motherfucker, um, *tell him to holler at her OG shit if that bitch ain't there she'll come around*.

[Ex. 017a, DE 88 at 16-17, 20-21 (emphasis added).]  Wardrip tells me that "checked out" means "killed." [DE 82 at 68.]  He also interpreted the phrase that someone was "wasting time letting that bitch get air" as questioning why it was taking Hodge's associates so long to kill Flynn.  *Id.*  Wardrip believes when Tucker said "you ain't gotta say no words," that was "code talking about taking care of Flynn" and when Wardrip says taking care of, he means killing. [*Id.* at 69.]  Wardrip also believes the statement "tell him to holler at her OG shit if that bitch ain't there she'll come around" is a directive to apply pressure to Flynn by going after his mother, and then he'll come back around.  [*Id.* at 71.]

During a conversation between Hodge and Raymonte Tucker on October 4, 2014,

the following was recorded:

HODGE:      You ain't holler at that nigga Cuz?

TUCKER:     Yeah, I talked to ass [inaudible] that tonight.

HODGE:      Yeah.

TUCKER:     Hell yeah.

HODGE:      What he was talking about?

TUCKER:     Shit, I know he want holler at me, know what I'm saying? I think he trying to find out, uh, where that one that one bitch at.

HODGE:      Alright, yeah, hell yeah, yeah man.  Make sure you go holler at that nigga and shit.

TUCKER:     Yeah.

HODGE:      Yeah.

TUCKER:     Hell yeah, Yep.   Shit. Yeah, that's what to be going down.

HODGE:      Yeah. Make sure you go all that nigga as soon as possible shit.

TUCKER:     [background] Yeah bro.

HODGE:      Yeah.  Hello?

TUCKER:      Yeah.

HODGE:      Yeah, because that shit can't, that shit can't wait, you know what I'm saying?  No, no two weeks, no shit like that, you feel me?

TUCKER:     Right, right, right.

HODGE:      Yeah.  Shit man.

TUCKER:     Yeah I already know, bro.  I got you.

HODGE:      Yeah for real man.  But shit, um, yeah, I ain't on shit man.  I'm a finna finish watching this game and shit man.  Tell Cuz ass I said, tell Cuz I said *don't get my bitch jammed up too man*.  I just got that

                    motherfucking hoc.

TUCKER:     [laughing]

HODGE:     For real.

TUCKER:     Shit.  I'm finna take that hoe.

HODGE:     Right, right, right.  Shit.  Right shit I sure don't, I ain't trying to come home motherfucker be like man woo woo woo, fuck that.

TUCKER:     Right [laughing].

HODGE:     I ain't.

TUCKER:     Yeah shit.

HODGE:     I ain't even really got to fuck that bitch like I wanted to too.

Speaker 3:     Right.  Shit.  Hell yeah.  I go hunting that bitch.

HODGE:     Hell yea, but shit,

TUCKER:     You know how I'm going to do it.

HODGE:     Right.  The hell.  Yeah.  Like I say shit, make sure, *make sure that nigga get that shit done for me and shit though man*.

TUCKER:     Right.

HODGE:     Hell yeah.  Shit, that's, *that's the only thing that's*, you know what I'm saying?

TUCKER:     Right.  I already know, bro.

HODGE:     Like make sure you don't, I mean make sure you stress the facts to that nigga and shit, Fam, because I ain't just, you know what I'm saying nigga?  I ain't no, ain't no oh yeah motherfucker get to it.  I can't, nah I can't get it like that, you feel me?

TUCKER:     Right.

HODGE:     Right.  Stress that shit to him man.  That's why I'm stressing it to you.  I ain't, you know what I'm saying?  I ain't bullshitting man.

TUCKER:     Right.  I hear you, bro.

HODGE:      Yeah.

TUCKER:     [inaudible] [background]

HODGE:      Uh, what was I finna going to say, though?  Uh, y'all ain't got, you ain't, you ain't got that bitch number.

TUCKER:     Damn.  Hell nah, I don't, I don't think so, shit.  I'm a see, I don't think I do though.

HODGE:      Right.  I don't even wanna Shorty to have your number.  You don't even gotta call off your phone.

TUCKER:     Right.

HODGE:       I mean, but shit, um, it should be in my phone or something though, but um, my phone off right now for the night and shit.

TUCKER:     Oh yeah?

HODGE:      Yeah.  Just call tomorrow.

TUCKER:     Alright.

HODGE:      Yeah, don't call from your number.  I don't want that bitch to have your number.  You hear me?

TUCKER:     Yeah, I got you.

[Ex. 14a, DE 88 at 25-27 (emphasis added).] According to Wardrip, when Hodge says "don't get my bitch jammed up too," he is talking about a gun, saying "don't get it taken by the police, don't let anything happen to it." [DE 82 at 73.] And then when Hodge says "make sure that nigga get that shit done for me and shit though man" and then says "that's the only thing that's," he is saying they need to take care of Flynn because Flynn is the only witness the state had against Hodge. [*Id.* at 74.]

There was also a conversation between Hodge and an unidentified speaker on

15

October 5, 2014:

HODGE:      What's happening man?

SPEAKER:    Everything's straight and shit. I'm on the job man. Just trying to get mobile so everything can be straight.

HODGE:      Right, hell yeah. What y'all niggas on?

SPEAKER:    Said what?

HODGE:      I said you ain't hollered at bro ass?

SPEAKER:    Who Booj?

HODGE       Yeah.

SPEAKER:    Yeah. No he ain't trying to. He ain't trying to ride and shit.

HODGE:      Right.

SPEAKER:    Hell yeah. I got a couple, I got a couple ideas I'm gonna holler at uh, Dre and KD and see which one of them niggas talk about.

HODGE:      Well you know, just try to get smooth and shit because you know?

            Y'all went by there ain't it?

SPEAKER:    You said what?

HODGE:      I said *y'all went by there*, ain't it?

SPEAKER:    Oh yeah, yeah yeah. We *already peeped it out.*

HODGE:      Right. So you already know, then. Hell yeah.

SPEAKER:    We just need a ride.

HODGE:      Huh?

SPEAKER:    We just need a ride over. Yeah, we just need to ride over there, to uh, sit and watch everything.

HODGE:      Yeah. Hell yeah. Shit. Um, try to, try to, try to find one as soon as

16

|  |  |
|---|---|
|  | possible.  You feel me? |
| SPEAKER: | You said what? |
| HODGE: | I said try to find one as soon as possible. |
| SPEAKER: | Yeah I got you. |
| HODGE: | Yeah.  Shit, I ain't. |
| SPEAKER: | In in a couple days. |
| HODGE: | Right.  That's what I was gonna say. |
| SPEAKER: | Yeah. |
| HODGE: | Hell yeah.  But shit.  You ain't hear shit else about shit? |
| SPEAKER: | Hell no, everything, everything else was same shit. |
| HODGE: | Right. |

[Ex. 15a, DE 88 at 29-30 (emphasis added).]  Wardrip testified that when Hodge said "y'all went by there" and the Speaker replied they "peeped it out" that meant "[w]here they believe that Avery Flynn was living or staying at" and they were talking about who they were going to use for the mission. [DE 82 at 77.]

In a conversation with Andrew Ford a few days before Flynn was killed, on October 27, 2014, the parties stated:

| HODGE: | I'm sure.  Shit, I'll be back out there February. |
|---|---|
| FORD: | You say what? |
| HODGE: | I said don't trip.  I'll be back out there February. |
| FORD: | Oh yeah, I'm, I'm already knowing shit. |
| HODGE: | Yeah but like I say shit, motherfucker don't try to um, get up with Shorty ass and shit, but shit, it is not shit man.  Worse, worse, I |

don't, that bitch, I don't that bitch I don't think that bitch coming around no way, man. I just want to, you know what I'm saying, make sure.

FORD:        Right. Yeah, yeah that's the shit I do. You already know shit. I'm gonna handle, handle my end.

HODGE:       Right. Shit. Just like I say, when, when that, when that nigga do, when that nigga do grab that just make sure whenever, whenever y'all finna make that trip, just tell that nigga, you know what I'm, saying, bring that motherfucker back to you.

FORD:        Hell yeah.

[Ex. 25b, DE 88 at 61.]   According to Wardrip, this passage means that Andrew Ford "was going to take care of killing Flynn" (Wardrip's words at the evidentiary hearing). [DE 82 at 104.] Maybe that's true, and maybe it isn't. But honestly, I'm little baffled at how Wardrip could reach that ultimate conclusion simply from listening to that excerpt.

And on October 17, 2024, Hodge spoke with Andrew Ford:

HODGE:       And uh, hey. Nah, but that's crazy. But look though, I found my

             bitch, Fam.

FORD:        White girl?

HODGE:       No. Yeah, man, hell no man. Yeah. Nah, fuck that bitch. You talking about my . . .

FORD:        Oh, oh oh girl. Yeah, where she at?

HODGE:       Man. That bitch, that bitch, um, I guess she in Nap Town.

FORD:        Nap Town?

HODGE:       Yeah.

FORD:        Damn.

HODGE:       But look though hey, a um, a um, tell, tell, tell, tell bro I hollered at

you and shit and just be like, um, like tell him before he go to the store. Tell him tell him don't grab Shorty and shit. You know what I'm saying? Yeah. Tell him wait to go to the store because.

FORD:       [Inaudible] Hold on, what you say?

HODGE:      I said tell him tell him don't grab Shorty yet. Tell him he going to have to wait to go to the store and shit. Cause um, you know what I'm saying? Hey, hey you ya'll mobile and shit?

FORD:       Yeah, I'm mobile right now.

HODGE:      Right. Um, but I ain't talking about like right now and shit, but um, yeah, I'm, I'm um, my nigga and shit gonna call you and shit, you know what I'm saying? Shorty peeps, Shorty cousin and shit, you know what I'm saying?

FORD:       Yeah.

HODGE:      Yeah. And, uh, he know the bitch at and shit. He gonna call you tomorrow, though.

FORD:       Alright, bet.

HODGE:      Yeah. And shit. Um, you know what I'm saying? I, I, you know, I know that's, I know that's out the way and shit but. You know, he, he know where the bitch at and shit, you know what I'm saying?

FORD:       Right.

HODGE:      Nah, I just want my, I just want my money out that bitch and shit because the only thing it is like he ain't, he ain't mobile and shit so he'll need, you know what I'm saying? He'll need, y'all need some transportation and shit, you feel me?

FORD:       Oh yeah. I can get a ride to him.

HODGE:      Right. Yeah. Like I said, shit, that that bitch, that bitch in Nap and shit. *It is going to be worth the trip.* You feel me?

FORD:       Yeah, Motherfucker definitely take the trip.

HODGE:      Yeah. But yeah, he sure know where that bitch at and shit and what I say, just get my money from that bitch man, get, ask that

19

bitch shit where my clothes and shit and shit, the rest of my shit, my game system, all that shit, you know what I'm saying?

FORD:      Hell yeah.  Your brother, hit me up talking about he was trying to, uh, he, he uh, he was looking for your new bitch.

HODGE:    Right, right, right.  That's what I'm saying.  Tell him, tell him, tell him hold on this shit man, because I, I need, I need niggas to go holler at Shorty first, you know what I'm saying?

FORD:      Right.

HODGE:    That's why I told, tell him hold on before he goes to the store. Cause I just talked to him and shit and he said he finna come holler at you tonight but when he come over there just tell him, you know what I'm saying, he grab a little bread or whatever.  Tell him I said um, just hold on on Shorty and shit, you know what Im saying? Tell him I said it and shit.  And um, you know what I'm saying because just be like motherfuckers found where Shorty at and shit. Motherfuckers gonna go holler him.

FORD:      Alright, I got you.

HODGE:    But I, I gave him, I gave him a number and shit so he gonna call you tomorrow and shit.  You know what I'm saying?  I need niggas to, you know what I'm saying *go holler that bitch* ASAP.  You feel me?

*       *       *       *       *       *       *

FORD:      Alright.

HODGE:    Alright.  Yeah, and um, yeah like I said, shit, just um, tell him tell him hold on and shit, you know what I'm saying?  Motherfuckers gotta go holler at Shorty an shit.

FORD:      Alright, shit, everything else looking good?

HODGE:    I mean, shit, you know, it depends on that, you feel me?

*   *   *

FORD:      Uh, so shit.  Yeah, I, I, I'll make sure I go holler at that bitch.  I need that nigga to let me know everything, though.

| | |
|---|---|
| HODGE: | Right, right, right.  Yeah, yeah.  He gonna holler at you and shit.  [overlapping]  Yeah, yeah.  He definitely gonna holler at you and shit.  You know, he, he, you know what I'm saying, he a solid nigga and shit.  You know, he know, he know, he know, he know everything about that bitch.  He's fucking with that bitch when I was fucking with her, you feel me? |
| FORD: | Yeah.  Yeah.  Alright, and he, he sure, he, he sure for a fact that's where the bitch at? |
| HODGE: | Yeah, definitely.  So this like, I say this the bitch cousin and shit, you know what I'm saying? |
| FORD: | Right. |
| HODGE: | So yeah, yeah, yeah.  I just, I just called, I just got his number and shit called him and shit just so happened, you know what I'm saying?  But shit, he just like, shit he can't get mobile and shit. |
| FORD: | So he, he, he, he he know what I'm trying to holler at her about? |
| HODGE: | Right.  Yeah.  Like I say shit, he was, he was, he was fucking, he was fucking with the bitch when I was fucking with the bitch, you know what I'm saying?  So he know everything about the bitch. |
| FORD: | Yeah.  Alright yeah alright. |
| HODGE: | Yeah.  So shit just holler at him and shit, you know what I'm saying? I told him, I already let him know shit, you my cousin shit. I say, you know he a solid nigga and shit, you know. |
| FORD: | Ah, shit, what the nigga nah, I, I, I remember the number. |

[Ex. 26a, DE 88 at 48-51 (emphasis added).] Wardrip testified when Hodge said "go grab Shorty," he wanted his associate to get a gun, going to the store connotes some criminal behavior unrelated to killing Flynn, and don't give him the gun yet because he knows that Flynn is in Indianapolis. [DE 82 at 92-93.]  When Hodge says "it's gonna be worth the trip," he is stressing how important it is to get rid of Flynn. [*Id.* at 93.] When Hodge says "go holler at that bitch," according to Wardrip, this is a directive for his

guys to go to Indianapolis and kill Flynn. [*Id.* at 95.]

Another conversation that is really difficult to discern is the one between Hodge

and Ford on November 22, 2014, after the murder was committed:

| | |
|---|---|
| HODGE: | Nah, what I was gonna say? Um, man, I forgot the fuck I was just finna say man, uh, I don't even fucking remember.  Yeah though.  I I I just wanted to make sure that, that that *Shorty ass was, was in, you know what I'm saying? Wasn't in nobody else hands and shit* that the motherfucker that knew me or something.  You know what I'm saying? |
| FORD: | You said hold on, hold on.  You, you said you wanted to make sure Shorty wasn't what? |
| HODGE: | Wasn't wasn't in nobody hands or nothing that, that knew me and shit that in case the motherfucker got jammed up.  You know what I'm saying? |
| FORD: | On nah.  Hell, nah. |
| HODGE: | That's what I was trying to ask you.  Who, who got got that motherfucker? |
| FORD: | Yeah.  Nah, she fucking, *she fucking around with some niggas out of town*. |
| HODGE: | Alright. |
| FORD: | Yeah, that shit over with. That shit definitely over with. |

[Ex. 24c, DE 88 at 66 (emphasis added.)]  When the government asked Wardrip if this

portion meant Hodge wanted to make sure the murder weapon wasn't in anyone's

hands that knows Hodge, or that the Flynn murder wasn't in anyone's hands that knew

Hodge, Wardrip testified "I believe based off the context and everything that I've

gathered from this investigation that he's talking about a gun, at this point." [DE 82 at

114.]  And at the end, where Ford states "she fucking around with some niggas out of

town," Wardrip concedes that he thinks this could mean either that the gun got moved out of town or the shooter (the person who actually killed Flynn) was from out of town. [*Id.* at 115.]

It is really difficult to accept the government's position that these cryptic conversations show, by a preponderance of evidence, that Hodge was ordering the killing of Flynn so that Flynn could be eliminated as a witness against him. Is Wardrip's conjecture possible? Sure. But are they more likely than not, given the fact that the government has not shored them up with *any other testimony* or evidence at all? I think the answer is no. I don't believe the government has proved by a preponderance of the evidence that Hodge ordered Flynn to be killed.

But let's suppose Hodge did solicit Flynn's death and the killing was intended to procure Flynn's unavailability at the trial, the government has completely failed to prove the third prong of the forfeiture by wrongdoing rule by a preponderance of the evidence—that Hodge's wrongdoing *actually did* procure the unavailability of Flynn. The government basically conceded during the evidentiary hearing that they do not know who killed Flynn, and no one has been prosecuted for his death:

> COURT: Who are you claiming procured this murder - - I know you claim he [Hodge] did - - but guys on the outside?
>
> GOVT: Who committed it or who procured it?
>
> COURT: Both. You're suggesting to me that the people he [Hodge] was talking to got some guy from East Chicago to do this. Is that what I'm understanding from you?
>
> GOVT: Yeah. Someone - - so he's [Hodge] talking to guys, and the person who ends up being used - - they say he's from East Chicago. Regardless - -

COURT:      We don't know who that is?

GOVT:      Correct.  Well, there's a theory, but I don't know if we're going to enter it.  There are calls where they talk about - - there's a guy in jail who's claiming that he had done that for you, and they discuss that.  And he's like: "What does he want, a trophy?" But I don't even know if we're going to get into it at trial.  No one is charged with being the shooters.  We know some of the people that he's talking to on the phone.

COURT:      Right. What I'm asking though, specifically is: He's talking to a series of people when he's incarcerated.

[DE 82 at 16-17.]

When I specifically questioned the government about if any of the people Hodge was talking to on these jailhouse calls actually killed Flynn, the following exchange occurred:

COURT:      I just want to understand.  So he's [Hodge] talking to this whole series of people?

GOVT:      Correct.

COURT:      And the government's theory is none of these people actually committed the murder of the witness?

GOVT:      I'm sorry.  Judge, when you say, "actually committed," do you mean trigger man or were involved?

COURT:      Yes.  I mean actually committed it, trigger man.

GOVT:      Okay.  Well, respectfully, anyone - - the government's position is anyone that 's involved in the chain - -

COURT:      Right.  I - - I'm just trying to cut through this, Mr. Nozick.

GOVT:      Of course.

COURT:      What I'm trying to get at is: Did any of these people actually shoot the witness, the people he [Hodge] was talking to, in the government's theory?

24

GOVT:        In the government's theory, not that we know of, no.

COURT:       Instead, it was some person from East Chicago, that's your theory, but we don't know who that person is, correct?

GOVT:        Correct.  Well, we have a theory of who it is . . . .

COURT:       Well, I don't care about your theory.  Do you have proof or evidence of who that person was?

[DE 82 at 18-19.]

And then later in the hearing, the Government questioned TFO Wardrip about

Flynn's actual death:

Q.        Okay.  So let's talk about November 21, 2014.  Was Avery Flynn, in fact, shot dead?

A.        Correct, that evening.

Q.        Okay.   And he was found shot dead in a car, correct?

A.        Yes, near 43rd and Massachusetts Street, which is the Glen Park section of Gary, the East Side.

Q.        And there's another individual in the car with him also shot dead?

A.        Yes.

Q.        That's Patrick Hopson?

A.        Yes.

Q.        And it appears that the shots came from inside the car?

A.        Yes.

Q.        Has anyone ever been charged in that?

A.        No.

[DE 82 at 108-09.]  During the opening statement by the government during the

evidentiary hearing, it explained its theory as follows: "[W]hat it sounds like and what it appears like is they [Flynn and Hopson] were killed by someone that was in the car with them in the back seat. When they are found dead in a car and they're shot in the back of their head and the windshield isn't shot and the windows aren't shot, so it appears they are in the car with someone they know who executes them." [DE 82 at 15.]

There is simply an absence of any evidence that Hodge's statements *actually resulted* in Flynn's murder. As shown above, the government essentially concedes it doesn't know who killed Flynn, no one was prosecuted for those murders, and there is an absence of evidence as to whom was responsible for the murder. Plus Flynn and Hopson were killed in the same car by supposedly someone in the back seat, which could lead to a possible conclusion that Flynn got killed just as collateral damage to Hopson getting killed. We don't know if it was a drug deal gone awry, an angry girlfriend, a gang related killing, or any number of things that could have led to the murder of Flynn and Hopson.

During the past two decades I have presided over dozens (probably hundreds) of cases involving violence and murders in northwest Indiana. Some related to drug dealing; some related to gang affiliation; sadly, some involved mistaken shootings of rival gangs that were actually citizens just going about their business; pizza delivery drivers have been killed; young children gunned down on the street for wearing the wrong color shirt; a father of a gang member was shot and killed in his driveway. These are the cases I can recall off the top of my head that were *just in my court*, over the past two decades. In short, this is a violent community. Mr. Flynn and Mr. Hopson

26

appear to be further victims of this drumbeat of violence.  Whether Hodge had anything to do with Flynn's murder, I do not know; and unfortunately, neither does the government.

Cases have to be decided based on evidence, not supposition.  Even if you can take Hodge's language on the jail calls as his wanting Flynn to be dead, there is simply no corroborating information whatsoever that shows those statements actually galvanized someone to kill Flynn for Hodge, or that Hodge was responsible for Flynn's death.  There are no witnesses who will testify that Hodge ordered an associate to kill Flynn, there was no eyewitness to the murders or identifications, no DNA, no fingerprints, no physical evidence, no other forensic evidence, or ballistics was submitted from the crime scene, and those murders were not prosecuted.  In short, there is simply no connection between Hodge's jailhouse rambling and Flynn's demise.

To sum up: even if I could reach the conclusion that the first two requirements of the forfeiture by wrongdoing doctrine have been met (and as shown above, I think that's a stretch), the third requirement of the doctrine has definitely not been satisfied by the government.  There is no evidence linking Hodge's jailhouse telephone statements to Flynn's murder.  In other words, the government has not proved by a preponderance of the evidence that Hodge's wrongdoing actually procured the unavailability of Flynn.  And "[b]ecause there is no evidence that [Flynn] was shot to keep him from testifying at trial, and the defendants did not have the prior opportunity for cross examination, the Confrontation Clause bars admission of his testimonial statements."  *United States v. Cubie*, No. 05-CR-146m 2007 WL 3223299, at *1 (E.D. Wis.

Oct. 26, 2007).

For all of these reasons, it is improper to enter as evidence at trial Flynn's statement to the police.

**Conclusion**

The government's motion for an evidentiary hearing and to admit Flynn's hearsay statement [DE 52] is GRANTED in part and DENIED in part. It is GRANTED as it relates to the government's request for a hearing which has already taken place. [DE 80.] But the government's request to admit Flynn's hearsay statement under the forfeiture by wronging exception to the hearsay rule, is DENIED.

ENTERED: June 5, 2025.

/s/ Philip P. Simon
**PHILIP P. SIMON, JUDGE**
**UNITED STATES DISTRICT COURT**